*Mr. J. Hubley Ashton* and *Mr. Nathaniel Wilson* for defendant in error.

## NORTHWESTERN UNION PACKET CO. *v.* HOME INSURANCE CO.

### ERROR TO THE SUPREME COURT OF THE STATE OF IOWA.

No. 467. Submitted January 19, 1872. — Decided January 29, 1872.

A writ of error to the highest court of a State must be allowed, either by a justice of this court, or a judge of that court.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

On looking at the record we find no allowance of a writ of error, either by a justice of this court or by a judge of the state court. We have repeatedly decided that such an allowance was necessary, upon a writ of error addressed to the highest court of the State, by which the judgment or decree could be rendered. *Callan* v. *May*, 2 Black, 541, 543; *Twitchell* v. *The Commonwealth*, 7 Wall. 321; *Gleason* v. *Florida*, 9 Wall. 779. The case of *Davidson* v. *Lanier*, 4 Wall. 447, 453, referred to by counsel for the plaintiff in error, was a writ of error addressed to an inferior court of the United States, and is therefore inapplicable.

The writ before us must be                      *Dismissed.*

*Mr. L. Allis* for plaintiff in error.

*Mr. George W. McCrary* for defendant in error.

The above was rescinded May 6, 1872, and writ of *certiorari* granted. The case was afterwards decided at December term, 1872, as No. 228. Argued and submitted and affirmed April 18, 1873.